THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE P. MINGEY, Appellant.

(Submitted February 27, 1933; decided March 7, 1933.)

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the NORTHERN INSURANCE COMPANY OF MOSCOW, Appellant.

(Submitted March 6, 1933; decided March 7, 1933.)

Motion for reargument granted for the purpose of hearing arguments on the extension of the provisions of the prior order and case set down for Monday, March 13, 1933. (See 255 N. Y. 433; 261 N. Y. 616.)